John T. Wilson, Administrator of Estate of Roland L. Kutch, Deceased, Plaintiff and Appellee, v. Donald Peters and Lincoln Weaver, Defendant and Appellants.

Gen. No. 10,453.

Pallissard, Fleming & Oram, for certain defendant and appellant; Baker, McKenzie & Hightower, for appellee; Andrew W. Brainerd, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full. Opinion filed May 24, 1951; released for publication June 11, 1951.